IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG & WANG LLP, a California Limited Liability Partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>BANCO DO BRASIL, S.A., a Brazilian business entity; DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:06-cv-0761-RRB-KJM<br><br>**ORDER DENYING**<br>**MOTION TO DISMISS** |

    Before the Court is Defendant with a Motion to Dismiss Second Amended Complaint and Motion to Strike Demand for Jury Trial, filed at Docket 23.  Oral argument was held on July 25, 2007, at which time the parties agreed that the jury trial demand was inappropriate.  This matter will therefore be tried to the Court.

    Most of the discussion at the July 25, 2007, hearing focused on Plaintiff's fraud claim; i.e, whether it was appropriately pled and, if so, how it should be used - as a sword or as a shield.  At the conclusion of this hearing, the Court

articulated its tentative thinking concerning these matters but neglected to issue a formal written order.  The Court now hereby **DENIES** the Motion to Dismiss Second Amended Complaint.  Inasmuch as this is a Court-tried case, the Court can make the appropriate distinctions as to how the evidence should be used and need not restrict discovery at present.  If the parties are concerned about publicity, they can make the requisite motion to seal.

As the Court indicated at the previous hearing, there should be relatively little more discovery to do in this matter.  It really is time to get the matter resolved.  Therefore, the Court would expect the parties to request a trial date in the near future.

ENTERED this 28th day of March, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE