IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WANG & WANG LLP,

      Plaintiff,                          No. CIV 06-761 JAM KJM

   vs.

BACO DO BRASIL, S.A.,

      Defendant.                    <u>ORDER</u>

_____/

       Defendant's motion to compel came on regularly for hearing August 6, 2008. Michael Welch appeared for plaintiff. Bruce Jackson appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       1. Plaintiff shall provide supplemental responses to interrogatories nos. 11-15, 18 and 25, within ten days of completion of the depositions discussed at the hearing on this matter.

       2. Within fourteen days, plaintiff shall provide supplemental responses to interrogatories nos. 6 and 23 as reflected in the joint discovery statement.

       3. Within fourteen days, plaintiff shall provide a supplemental response to interrogatory no. 17.

/////

4. The motion to compel production of documents is denied in light of the prior exchange of documents in the fee arbitration and counsel's representation that after a diligent search, no documents responsive to categories nos. 5 and 6 could be located.

DATED: August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

006
wang.oah