Bruce H. Jackson, State Bar No. 98118
  bruce.h.jackson@bakernet.com
Christopher Van Gundy, State Bar No. 152359
  christopher.vangundy@bakernet.com
Irene V. Gutierrez, State Bar No. 252927
  Irene.v.gutierrez@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendants
BANCO DO BRASIL S.A. and
RUBENS AMARAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WANG & WANG LLP, a California Limited Liability Partnership,<br><br>       Plaintiff,<br><br>    v.<br><br>BANCO DO BRASIL, S.A., a Brazilian business entity; RUBENS VIEIRA DO AMARAL, an individual; DOES 1 through 10, inclusive,<br><br>       Defendants. | **Case No. 06-CV-00761-JAM-KJM**<br><br>**STIPULATION AND ORDER VACATING HEARING DATE OF DEC 3, 2008 ON DEFENDANT BANCO DO BRASIL S.A.'S MOTION TO COMPEL ATTENDANCE OF WITNESSES AND COMPELLING ATTENDANCE OF WITNESSES FOR THEIR DEPOSITIONS**<br><br>**Hearing Date:**     **December 3, 2008**<br>**Time:**     **10:00 a.m.**<br>**Courtroom No.:**     **26, 8th Floor**<br>**Discovery Cut-Off:**     **December 12, 2008**<br><br>**Before The Honorable Kimberly J. Mueller**<br><br>**FILED VIA E-FILING** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6563921.1

CASE NO. 06-CV-00761-JAM-KJM
STIPULATION AND ORDER VACATING HEARING
AND COMPELLING DEPOSITIONS

**STIPULATION**

WHEREAS, Defendant Banco do Brasil S.A.'s ("Banco") motion to compel attendance of witnesses at three duly noticed depositions of Plaintiff Wang & Wang LLP's ("Wang") "persons most knowledgeable" regarding certain subjects of examination is currently set for hearing before the Court on December 3, 2008;

WHEREAS, the discovery cut-off in this case is December 12, 2008;

WHEREAS, Wang has informed Banco that its "persons most knowledgeable" are Laura Young, Esq., and Francis S.L. Wang, Esq.;

WHEREAS, the Parties are finalizing deposition dates for Ms. Young and Mr. Young, and agree that Mr. Wang will appear for one more day of deposition, and Ms. Young for two days of deposition, if two days are necessary for Ms. Young, prior to the discovery cut-off of December 12, 2008;

WHEREAS, the Parties have agreed to resolve this motion by stipulating to this Order compelling the attendance of Ms. Young and Mr. Wang to appear and testify for the aforementioned "person most knowledgeable" depositions on or before December 12, 2008, with reasonable accommodations for the schedules of counsel and witnesses;

WHEREAS, Wang has agreed to produce Mr. Wang for his further deposition on December 10, 2008 at the San Francisco law offices of Baker & McKenzie, LLP, Two Embarcadero Center, San Francisco, CA 94111, and to produce Ms. Young for her deposition on December 5, 2008 at the same address;

WHEREAS, in stipulating to this Order, the Parties reserve all rights regarding further depositions of Mr. Wang and Ms. Young;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby agree and stipulate that Banco shall and hereby does withdraw the within motion to compel in return for Wang's stipulation to the following Order compelling the attendance of Ms. Young and Mr. Wang at their depositions on or before December 12, 2008, whereby Mr. Wang shall appear for his deposition on December 10, 2008 at Baker & McKenzie LLP's San Francisco law offices, and Ms. Young shall

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

CASE NO. 06-CV-00761-JAM-KJM
STIPULATION AND ORDER VACATING HEARING
AND COMPELLING DEPOSITIONS

SFODMS/6563921.1

1    appear on December 5, 2008 at Baker & McKenzie LLP's San Francisco law offices.

2         IT IS SO STIPULATED.

     Dated:  December 2, 2008              Respectfully submitted,
3

4                                          BAKER & McKENZIE LLP
                                           Bruce H. Jackson
5                                          Christopher Van Gundy
                                           Irene V. Gutierrez
6

7                                          By: /s/   Bruce H. Jackson
                                               Bruce H. Jackson
8                                          Attorneys for Defendant
                                           BANCO DO BRASIL S.A.
9

10   Dated:  December 2, 2008              Respectfully submitted,
11
                                           ALIOTO LAW OFFICES
12                                         Joseph M. Alioto
                                           LAW OFFICES OF MARK H. HARRIS
13                                         Mark H. Harris
                                           Law OFFICES OF MICHAEL WELCH
14                                         Michael Welch
15

16                                         By: /s/  Michael Welch
                                               Michael Welch
17                                         Attorneys for Plaintiff
                                           WANG & WANG LLP
18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

                              2                   CASE NO. 06-CV-00761-JAM-KJM
                                                  STIPULATION AND ORDER VACATING HEARING
                                                  AND COMPELLING DEPOSITIONS
SFODMS/6563921.1

**ORDER**

Based on the foregoing, the Court hereby finds good cause and does GRANT the Parties' stipulated request for an Order compelling Ms. Young and Mr. Wang to appear for their depositions on or before December 12, 2008.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Mr. Wang shall appear for his deposition on December 10, 2008 at Baker & McKenzie LLP's San Francisco law offices, and Ms. Young shall appear for her deposition on December 5, 2008 at Baker & McKenzie LLP's San Francisco law offices.


IT IS SO ORDERED.

Dated:  December 3, 2008.

_____
U.S. MAGISTRATE JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6563921.1