| | |
|---|---|
| 1 | Bruce H. Jackson, State Bar No. 98118 |
| | bruce.h.jackson@bakernet.com |
| 2 | Irene V. Gutierrez   (State Bar No. 252927) |
| | irene.v.gutierrez@bakernet.com |
| 3 | **BAKER & McKENZIE LLP** |
| | Two Embarcadero Center, 11th Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone: +1 415 576 3000 |
| 5 | Facsimile:  +1 415 576 3099 |
| 6 | Attorneys for Defendant |
| | BANCO DO BRASIL SA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WANG & WANG LLP, a California Limited Liability Partnership, | **Case No. 06-CV-00761-JAM-KJM** |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ACTION WITH <u>PREJUDICE</u>** |
| v. | |
| BANCO DO BRASIL, S.A., a Brazilian business entity; DOES 1 through 10, inclusive, | **Trial Date:       April 27, 2009** <br> **Time:              8:30 a.m.** <br> **Dept.:             Courtroom No. 6 -14th Floor** |
| Defendants. | **Before the  Honorable John A. Mendez** |

Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6571314.1

CASE NO. 06-CV-00761-JAM-KJM
STIP FOR DISMISSAL OF ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS, on or about March 5, 2009, Plaintiff Wang & Wang LLP and Defendant Banco |
| 2 | do Brasil SA (collectively "the Parties"), by and through their respective counsel, reached a |
| 3 | settlement agreement in the above-captioned case, |

       IT IS THEREFORE HEREBY AGREED UPON AND STIPULATED BETWEEN THE PARTIES that, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and based on the foregoing, the Parties hereby agree as follows:

      a.   Plaintiff hereby voluntarily dismisses this action with prejudice;

      b.   Each Party will bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March ___, 2009

**BAKER & McKENZIE LLP**
Bruce H. Jackson
Irene V. Gutierrez

By: _____
      Bruce H. Jackson
Attorneys for Defendant
BANCO DO BRASIL SA

Dated: March ___, 2009

**ALIOTO LAW OFFICES**
Joseph M. Alioto
**LAW OFFICES OF MARK H. HARRIS**
Mark H. Harris
**LAW OFFICES OF MICHAEL WELCH**
Michael Welch

By: _____
      Joseph M. Alioto
Attorneys for Plaintiff
WANG & WANG LLP

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6571314.1

1

CASE NO. 06-CV-00761-JAM-KJM
STIP FOR DISMISSAL OF ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the foregoing, the Court hereby **APPROVES** the Parties' Stipulation for Voluntary Dismissal of the Action. The above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 10, 2009  /s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6571314.1

2

CASE NO. 06-CV-00761-JAM-KJM
STIP FOR DISMISSAL OF ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com